IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SHAWN MARTIN HULETT,

          Plaintiff,

    v.

MARTIN O'MALLEY,
Commissioner of Social Security,

          Defendant.

ORDER

23-cv-841-wmc

---

Pursuant to a stipulation for remand (dkt. #15) filed by the parties on May 22, 2024, IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that stipulation.

Entered this 28th day of May, 2024.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge